LENA BROWN, Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES TAYLOR, Appellant, v. WILLIAM HUNT, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Order dismissing writ unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

WALTER R. BURT, Respondent, v. MARTIN H. WALRATH, Appellant, and Others, Defendants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

RAYMOND TRACY, as Administrator, etc., of RUTH TRACY, Deceased, Respondent, v. ARCHIBALD L. JACKSON, Appellant. CORY KASSON and Another, as Administrators, etc., of EDNA KASSON, Deceased, Respondents, v. ARCHIBALD L. JACKSON, Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

AMASA VAN VALKENBURGH, Respondent, v. SAUL KLEINBERG, Appellant. DOROTHY VAN VALKENBURGH, an Infant, etc., Respondent, v. SAUL KLEINBERG, Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

CARUSO, RINELLA, BATTAGLIA COMPANY, INC., Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. Van Kirk, P. J., Davis, Whitmyer and Hill, JJ., concur; Hasbrouck, J., not voting.

In the Matter of the Claim of JOHN COLLIER, Respondent, against WILLIAM S. DANGARD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Decision handed down November 13, 1930, ▮ amended to read as follows: Motion of the insurance carrier for reargument denied. Leave to appeal to the Court of Appeals is granted to the insurance carrier on its own behalf and on behalf of the employer on the question whether the work claimant was engaged in at the time of the accident was conducted for pecuniary gain and thus fell within the scope of the Workmen's Compensation Law; and on its own behalf as to whether the policy covered the work and the accident for which the award was made. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Application of ARTHUR J. LYNCH, Petitioner, for an Alternative Order of Prohibition and for a Final Order Containing an Absolute Prohibition against MILO R. MALTBIE and Others, as Public Service Commissioners of the State of New York, and as Constituting the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, and the INTERNATIONAL RAILWAY COMPANY, Respondents. CITY OF NIAGARA FALLS, Intervenor, Respondent.— Order unanimously affirmed, with fifty dollars costs and disbursements. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ESTELLE GARRISON, as Executrix, etc., of GEORGE GARRISON, Deceased, Appellant, v. AUGUST J. PORR, Respondent, Impleaded with Another, Defendant. FLOYD W. BOWERS, Appellant, v. AUGUST J. PORR, Respondent, Impleaded with Another, Defendant. BURR BOWERS, Appellant, v. AUGUST J. PORR, Respondent,